1  Cynthia L. Jackson (State Bar No. 092340)
   Abiel K. Wong (State Bar No. 205157)
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA 94304
   Telephone: (650) 856 2400
4  Facsimile: (650) 856 9299
   cynthia.l.jackson@bakernet.com
5  abiel.k.wong@bakernet.com

6  Attorneys for Defendant and Counterclaimant
   ACTIVIDENTITY, INC., f/k/a
7  ACTIVCARD, INC.

*[Stamps: RECEIVED 06 APR 17 PM 1:41; ORIGINAL; E-filing; FILED APR 19 2006 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  PHILIP A. STEINER,                    Case No. C 06-01666 MJJ
12
            Plaintiff,
13
       v.                                 **STIPULATION FOR FILING OF
14                                        AMENDED ANSWER AND
    ACTIVCARD, INC. n/k/a ACTIVIDENTITY,  COUNTERCLAIM**
15  INC., a California corporation, et al.
16          Defendant.
17  ─────────────────────────────
    ACTIVIDENTITY, INC.,
18
            Counterclaimant,
19
       v.
20
    PHILIP A. STEINER,
21
            Counterdefendant.
22  ─────────────────────────────
23
           IT IS HEREBY STIPULATED by and between the parties hereto through their respective
24
    attorneys of record that ActivIdentity, Inc., may file an Amended Answer (Exhibit A) and a
25
    Counterclaim (Exhibit B), copies of which are attached hereto.
26
27
28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/310533.1

1

Case No. C 06-01666 MJJ
STIPULATION FOR FILING OF AMENDED COMPLAINT

```
 1  Dated:   April 5, 2006          BAKER & McKENZIE LLP
                                    Cynthia L. Jackson
 2                                  Abiel K. Wong

 3                                  By: /s/ Abiel K. Wong
                                        Abiel K. Wong
 4
                                    Attorneys for Defendant and Counterclaimant
 5                                  ACTIVIDENTITY, INC. f/k/a ACTIVCARD,
                                    INC.
 6
     Dated:   April 12, 2006
 7
                                    By: /s/ Philip A. Steiner
 8
                                    Plaintiff and Counterdefendant Pro Se
 9                                  PHILIP A. STEINER

10                                  —or, if applicable—

11   Dated:   April __, 2006        David Hagan, Esq.

12
                                    By:_____
13                                      David Hagan
                                    Attorney for Plaintiff and Counterdefendant
14                                  PHILIP A. STEINER

15

16

17

18

19
                                    IT IS SO ORDERED
20

21                                  /s/ Martin J. Jenkins
22                                  _____
                                    MARTIN J. JENKINS
23                                  UNITED STATES DISTRICT JUDGE
                                    4/19/2006
24                                  _____
                                              DATE
25

26

27

28
```

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/310533.1

2

Case No. C 06-01666 MJJ
STIPULATION FOR FILING OF AMENDED COMPLAINT