**David L. Hagan  SBN #176673**
**Attorney at Law**
**P.O. Box 1638**
**Pismo Beach, CA  93448-1638**
1540 Grand Ave. Grover Beach, CA 93433
(805) 473-9700  TELEPHONE
(805) 473-9711  FACSIMILE
Email: lawprofessional@aol.com

Attorney for Plaintiff
Philip Steiner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PHILIP A. STEINER<br><br>                        Plaintiff,<br>vs.<br><br>f/k/a/ ACTIVCARD, INC. A California Corporation, and<br>and DOES 1 through 20, inclusive<br><br>                        Defendants. | **Case No. C 06-01666 MJJ**<br><br>Hon. Martin J. Jenkins<br><br>**STIPULATION FOR CONTINUANCE OF TIME TO RESPOND TO COUNTER CLAIM**  and ORDER. |
|---|---|
| ACTIVIDENTITY, INC.<br><br>                        Counterclaimant<br>vs.<br><br>PHILIP A. STEINER<br><br>                        Counterdefendant | |

IT IS STIPULATED by and between the parties through their respective attorneys that Philip A. Steiner may have until May 18, 2006 to file and serve a Response to the Counterclaim filed and served by ACTIVIDENTITY, INC. f/k/a/ ACTIVCARD, INC. on April 13, 2006.

---

1

**STIPULATION FOR CONTINUANCE OF TIME TO RESPOND TO COUNTER CLAIM**

Dated: April 30, 2006            David L. Hagan

/s/
_____
Attorney for Plaintiff & Counterdefendant
Philip Steiner


Dated: _____                Baker & McKenzie
                                 Cynthia L. Jackson
                                 Abiel Wong


_____
Attorney for Defendant and Counterclaimant
Actividentity, Inc. f/k/a/ Activcard, Inc.

2
**STIPULATION FOR CONTINUANCE OF TIME TO RESPOND TO COUNTER CLAIM**

May-01-2006 02:28pm From-BAKER McKENZIE  T-926 P.002/002 F-436
Case 3:06-cv-01666-MJJ   Document 18   Filed 05/03/2006   Page 3 of 3
Case 3:06-cv-01666-MJJ   Document 19   Filed 05/10/06   Page 3 of 3

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: April 30, 2006 | David L. Hagan |
| 4 | | |
| 5 | | /s/ |
| 6 | | Attorney for Plaintiff & Counterdefendant |
| 7 | | Philip Steiner |
| 8 | | |
| 9 | | |
| 10 | Dated: May 1, 2006 | Baker & McKenzie |
| 11 | | Cynthia L. Jackson |
| | | Abiel Wong |
| 12 | | |
| 13 | | |
| 14 | | Attorney for Defendant and Counterclaimant |
| 15 | | Actividentity, Inc. f/k/a/ Activcard, Inc. |

5/10/2006

**IT IS SO ORDERED**
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

STIPULATION FOR CONTINUANCE OF TIME TO RESPOND TO COUNTER CLAIM