Philip A Steiner, Esq.
846 Higuera Street #11
San Luis Obispo, CA 93401
(805) 549-8877 Office
(805) 549-8866 Facsimile
pas@scientialaw.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP A. STEINER,<br><br>Plaintiff,<br><br>f/k/a ACTIVCARD, INC., a California corporation, and<br>DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 06-01666 MJJ<br><br>**NOTICE OF SUBSITUTION OF COUNSEL**<br>**Civ. LR. 11-5**   and ORDER |

**NOTICE**

ALL PARTIES: Please take notice of the following substitution of counsel.

Mr. David Hagan, Esq. is now counsel of record for all matters in this case. Mr. Hagan's contact information is provided on the following page.

1

FORMER ATTORNEY OF RECORD

Plaintiff Philip A Steiner's former counsel:

Philip A Steiner,
846 Higuera Street, Suite 11
San Luis Obispo, CA 93401
(805) 549-8877
(805) 549-8866
pas@scientialaw.com
SBN 203199

NEW ATTORNEY OF RECORD

Plaintiff's new counsel David L. Hagan

David L Hagan
PO Box 1638
Pismo Beach, CA 93448-1638
(1540 W. Grand Ave., Grover Beach, CA 93433)
Ph: (805) 473-9700
Fax: (805) 473-9711
lawprofessional@charter.net
lawprofessional@aol.com
SB # 176673

SUBSTITUTION BASED ON CONSENT

The undersigned consents to the substitution and certify that this substitution will not delay the proceedings in this matter:

April 24, 2006

Philip A Steiner, Plaintiff

April 28, 2006

David Hagan, Esq.
Attorney for Philip A Steiner

ORDER

SO ORDERED

Dated: N/A 5/10/2006

UNITED STATES DISTRICT JUDGE

2

Case No. 3:06 CV-01666 MJJ
SUBSTITUTION OF COUNSEL

I, <u>Philip A Steiner</u>, declare as follows:

I am over 18 years of age and am Plaintiff in this action. I am employed in the County of San Luis Obispo, State of California, where this electronic transmission occurred to the ECF of the US District Court of Northern California.

My business address is 846 Higuera Street, San Luis Obispo, CA 93401 (805) 549-8877. On this date of <u>April 28, 2006,</u> I served the following documents;

    1.    NOTICE OF SUBSTITUTION OF COUNSEL

on the interested parties in this action;

Abiel Wong, Esq.
Cynthia Jackson, Esq.
Counsel for Defendant ActivCard, Inc.
Baker & McKenzie, LLP
660 Hansen Way
Palo Alto, CA 94304

I declare under the penalty of perjury under that the foregoing is true and correct.

*/s/ Philip A Steiner*

Philip A Steiner